**Fill in this information to identify the case:**

Debtor 1  George Stephen Hagenbuch, III

Debtor 2  Della Mae Hagenbuch (Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE
                                            (State)

Case number  3:16-bk-02646

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Select Portfolio Servicing, Inc. Servicer for U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2014-08

**Court Claim No.** (if known): 13

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX4833

**Date of Payment Change:**

Must be at least 21 days after date of this notice.   06/13/2017

**New total payment:**
Principal, interest, and escrow, if any   $2,081.23

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $301.74         **New escrow payment:** $324.46

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a statement is not attached, explain why:

**Current interest rate:** _____ %          **New interest rate:** _____ %
**Current principal and interest payment:** $_____     **New principal and interest payment:** $_____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No.
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____
**Current mortgage payment:** $_____        **New mortgage payment:** $_____

Debtor 1 George Stephen Hagenbuch, III

First Name     Middle Name     Last Name

Case number (if known): 3:16-bk-02646

## Part 4: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the creditor.     ☒ I am the creditor's authorized agent.
                                         (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X**    /s/ J. Zachary DeFoor                                  Date: April 13, 2017
     Signature

**Print:**     J. Zachary DeFoor                             Title Attorney
              First Name    Middle Name    Last Name

Company     Shapiro & Ingle, LLP

Address      10130 Perimeter Parkway, Suite 400
                Number         Street

                Charlotte, NC 28216
                City                        State     ZIP Code

Contact phone    (704)333-8107                          Email: ncbkmail@shapiro-ingle.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| **GEORGE STEPHEN HAGENBUCH, III** | **3:16-bk-02646** |
| **DELLA MAE HAGENBUCH** | **CHAPTER 13** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
George Stephern Hagenbunch, III and Della Mae Hagenbuch
2098 Pea Ridge Road
Clarksville, TN 37040

(Served via Electronic Notification Only)
Robert Hamm Moyer
408 Franklin St.
Clarksville, TN 37040

(Served via Electronic Notification Only)
Henry Edward Hildebrand III
Office Of The Chapter 13 Trustee
PO BOX 340019
Nashville, TN 37203

(Served via U.S. Mail)
Office of the United States Trustee
701 Broadway, Ste 318
Nashville, TN 37203

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

    This the 13th day of April, 2017.

                                              */s/ J. Zachary DeFoor*
                                              J. Zachary DeFoor, Attorney for Creditor, Bar # 32693
                                              jdefoor@logs.com |704-831-2240
                                              Shapiro & Ingle, LLP
                                              10130 Perimeter Pkwy, Suite 400
                                              Charlotte, NC 28216
                                              Phone: 704-333-8107 | Fax: 704-333-8156
                                              Supervisory Attorney Contact: Bonnie Culp
                                              bculp@logs.com | 704-249-0065
                                              Electronic Service Notifications: tnecf@logs.com

09-023022




SPS SELECT Portfolio SERVICING, inc.
50
y, UT 84165-0250

Phone Number:
www.s

Account Number

GEORGE S HAGENBUCH III
DELLA M HAGENBUCH
2098 PEA RIDGE RD
CLARKSVILLE      TN  37040

Statement Date: 02/24/17

**This statement is for informational purposes only.**
**RE: Important notice regarding your Escrow and your new mortgage payment amount.**

Dear GEORGE S HAGENBUCH III and DELLA M HAGENBUCH:

Select Portfolio Servicing, Inc. (SPS) reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow and the details related to your account.

### 1. What is the amount of my new monthly payment?

| TABLE 1 | Current Payment (as of last analysis) | New Payment (as of June 13, 2017) | Change |
|---|---|---|---|
| Principal and Interest | | $1,756.77 | |
| Regular Escrow Payments | $301.74 | $324.46 | $22.72 |
| Monthly Shortage Payment | $0.00 | $0.00 | $0.00 |
| Total Payment | | $2,081.23 | |

Since you are in active bankruptcy, your new payment amount shown above is the amount due on the payment due date for each month starting on the month following the date you filed your petition. If the trustee is making your mortgage payments directly to SPS, you may need to modify your plan.

### 2. Why did the escrow portion of my payment change?
There are 2 main reasons your escrow account payment may change from year to year.

**A. Regular Escrow Payments** - Changes occur based on the expected property tax or insurance payments that were made this past year. Table 2 shows your payment results this past year.

| TABLE 2 Escrowed Item | Prior Year Payments | Current Year Payments | Change |
|---|---|---|---|
| CITY TAX | $381.00 | $381.00 | $0.00 |
| COUNTY TAX | $943.00 | $943.00 | $0.00 |
| HAZARD INS | $2,296.88 | $2,569.53 | $272.65 |
| Total annual Escrow Payments | $3,620.88 | $3,893.53 | $272.65 |
| Monthly Escrow Payments | $301.74 | $324.46 | $22.72 |
| Monthly Shortage Payment | $0.00 | $0.00 | $0.00 |

**B. Repayment of Escrow Shortage** - Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim. Any shortages used to calculate this analysis do not include any unpaid taxes and/or insurance that we previously filed in the Proof of Claim. In Table 1, the "Regular Escrow Payments" row shows the full escrow payment required, including all escrow elements and the "monthly shortage payments" row shows the current amount of monthly shortage which is the amount to be collected towards the shortage. In Table 2, the "Monthly Escrow Payments" row shows only the escrow elements without any overage/shortage amounts and the "Monthly Shortage Payments" row shows the current amount of monthly shortage which is the amount to be collected towards the shortage.

Your total shortage is $0.00 (this is determined by subtracting your bankruptcy escrow amount from the required amount). Your bankruptcy escrow amount is $713.98, which is the remaining shortage (the amount required to be in your escrow account plus any pre-petition advances) as of the date of filing. Your escrow required amount is $1,622.31.
Thank you for being a valuable customer of SPS.

Select Portfolio Servicing, Inc.

Case 3:16-bk-02646    Doc 63    Filed 04/13/17    Entered 04/13/17 15:39:53    Desc Main
Document      Page 5 of 6

**Table 3 -**
The following is an itemization of the disbursements made for taxes and insurance since your last analysis. The Letter E beside an amount indicates that the payment or distribution has not yet occurred but is estimated to occur as shown.

| Table 3 Month | Description | Payments Estimate | Payments Actual | | Disbursements Estimate | Disbursements Actual | | Total Balance |
|---|---|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | | | -$2,768.86 |
| May | | 301.74 | 0.00 | * | 0.00 | 0.00 | | -2,768.86 |
| June | | 301.74 | 0.00 | * | 0.00 | 0.00 | | -2,768.86 |
| July | | 301.74 | 0.00 | * | 0.00 | 0.00 | | -2,768.86 |
| August | | 301.74 | 0.00 | * | 0.00 | 0.00 | | -2,768.86 |
| September | | 301.74 | 729.62 | * | 0.00 | 0.00 | | -2,039.24 |
| October | | 301.74 | 0.00 | * | 0.00 | 0.00 | | -2,039.24 |
| November | | 301.74 | 729.62 | * | 0.00 | 0.00 | | -1,309.62 |
| December | COUNTY TAX | 301.74 | 729.62 | * | 943.00 | 943.00 | | -1,523.00 |
| December | CITY TAX | 0.00 | 0.00 | | 381.00 | 381.00 | | -1,904.00 |
| January | HAZARD INS | 301.74 | 0.00 | * | 0.00 | 2,569.53 | * | -4,473.53 |
| February | HAZARD INS | 301.74 | 4,476.64 | E | 2,296.88 | 0.00 | E | 3.11 |
| March | | 301.74 | 301.74 | E | 0.00 | 0.00 | E | 304.85 |
| April | | 301.74 | 301.74 | E | 0.00 | 0.00 | E | 606.59 |
| May | | 0.00 | 301.74 | E | 0.00 | 0.00 | E | 908.33 |

**Still need more information about your escrow analysis? Please contact us as follows:**
- WEB  - go to www.spservicing.com  for more information about your payments
- Phone - Please call us at 800-258-8602. Customer Service Representatives are available as follows:
  Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

**Table 4**
This table shows the current estimate for escrow activity and required balances for each month.
This table shows the projected low balance point used to calculate an escrow reserve shortage repayment or overage.

| Table 4 Current | | Payments Estimate | Disbursements Estimate | Balance Required |
|---|---|---|---|---|
| Estimate | | | | $1,622.31 |
| June | | 324.46 | 0.00 | 1,946.77 |
| July | | 324.46 | 0.00 | 2,271.23 |
| August | | 324.46 | 0.00 | 2,595.69 |
| September | | 324.46 | 0.00 | 2,920.15 |
| October | | 324.46 | 0.00 | 3,244.61 |
| November | | 324.46 | 0.00 | 3,569.07 |
| December | COUNTY TAX | 324.46 | 943.00 | 2,950.53 |
| December | CITY TAX | 0.00 | 381.00 | 2,569.53 |
| January | | 324.46 | 0.00 | 2,893.99 |
| February | HAZARD INS | 324.46 | 2,569.53 | 648.92 ** |
| March | | 324.46 | 0.00 | 973.38 |
| April | | 324.46 | 0.00 | 1,297.84 |
| May | | 324.46 | 0.00 | 1,622.30 |

** Low balance is used to determine escrow surplus or shortage in your escrow account resulting from anticipated disbursements for your property taxes and/or insurance premiums over the coming year. The difference between the projected balance and the minimum required balance will determine whether excess funds (surplus) or deficit funds (shortage) are projected for your escrow account in the coming year.

**Still need more information about your escrow analysis? Please contact us as follows:**
- **WEB** - go to www.spservicing.com  for more information about your payments
- **Phone** - Please call us at 800-258-8602. Customer Service Representatives are available as follows:
  Monday through Thursday between the hours of 8 a.m. and 11 p.m. EST, Friday from 8 a.m. to 9 p.m. EST, and Saturday from 8 a.m. to 2 p.m., EST.